# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO.2:10-CR-16-6 (TJW-CE) |
| | § | |
| RAYMOND RAY DOTIE | § | |

## FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA
## BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b), this matter has been referred by the District Court for administration of a plea of guilty and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

On December 7, 2010, this cause came before the undersigned United States Magistrate Judge for a plea of guilty and allocution of the defendant in an information charging the defendant in Count 1 with a violation of 21 U.S.C. § 841 (a)(1), possession with intent to distribute crack cocaine. After conducting said proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the court finds that:

  a. the defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea and Allocution in this cause by a United States Magistrate Judge, subject to a final approval and imposition of sentence by the District Court;

  b. the defendant and the government have entered into a plea agreement which has been filed and disclosed in open court pursuant to Fed. R. Crim. P. 11(c)(2);

  c. the defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charges and the consequences of the plea, and the plea of

guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense; and

  d. the defendant understands his constitutional and statutory rights and wishes to waive these rights, including the right to a trial by jury and the right to appear before a United States District Judge.

  IT IS THEREFORE RECOMMENDED that the District Court accept the Plea Agreement and the Guilty Plea of the defendant and that Raymond Ray Dotie should be finally adjudged guilty of that offense.

  At the close of the December 7, 2010 hearing, defendant, defense counsel, and counsel for the government each waived their right to object to the proposed findings and recommendations contained in this report. Therefore, the District Court may act on the findings and recommendation immediately.

  SIGNED this 8th day of December, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE